| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McManus, Michael S. | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>04/18/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>01/31/2019 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento CA 95814 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Sacramento Valley Bankruptcy Forum |
| 2. | Member | National Conference of Bankuptcy Judges |
| 3. | Member | State Bar of California* (see part VIII) |
| 4. | Fellow | American College of Bankruptcy |
| 5. | Member | Randonneurs USA |
| 6. | Member | San Francisco Randonneurs |
| 7. | Co-Trustee | The McManus Living Family Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 04/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | California State Teachers Retirement System retiree |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sacramento Valley Bankruptcy Forum | February 22, 2018 | Sacramento, CA | Speak at annual seminar | One meal |
| 2. | Central California Bankruptcy Association | September 20, 2018 | Fresno, CA | Speak at annual seminar | One meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 04/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sacramento Valley Bankruptcy Forum & Chapter 13 trustees of the Eastern District of California | Garmin bicycle computer ($599) and bike shop gift certificate ($200). See Part VIII | $799.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account, IRA, Bank of America, Part VIII | A | Interest | J | T | | | | | |
| 2. Mutual Fund, Growth Fund of Amer. Part VIII | C | Dividend | M | T | Sold (part) | 11/27/18 | J | D | Issuer |
| 3. Bank Account, Wells Fargo Bank, Part VIII | A | Interest | K | T | | | | | |
| 4. Bank Account, Wells Fargo Bank, Part VIII | A | Interest | J | T | | | | | |
| 5. Bank Account, UBS Bank. Part VIII | A | Interest | M | T | | | | | |
| 6. Bank Account, IRA, Wells Fargo Bank, Part VIII | A | Interest | J | T | | | | | |
| 7. Bank Account, Wells Fargo Bank (X), Part VIII | A | Interest | J | T | | | | | |
| 8. Certificate of Deposit, Wells Fargo Bank. Part VIII | A | Interest | J | T | | | | | |
| 9. Mutual Fund, American Funds Capital World Gro&Inc. Part VIII | C | Dividend | K | T | Sold (part) | 11/27/18 | J | C | Issuer |
| 10. Mutual Fund, American Funds, US Govt. Part VIII | A | Dividend | K | T | Buy (add'l) | 11/27/18 | J | | Issuer |
| 11. | | | | | Sold (part) | 01/24/18 | J | | Issuer |
| 12. | | | | | Sold (part) | 04/23/18 | J | | Issuer |
| 13. | | | | | Sold (part) | 07/24/18 | J | | Issuer |
| 14. | | | | | Sold (part) | 10/24/18 | J | | Issuer |
| 15. | | | | | Sold (part) | 01/25/19 | J | A | Issuer |
| 16. Mutual Fund, Baron Growth Fund. Part VIII | A | Dividend | J | T | Sold (part) | 11/27/18 | J | B | Issuer |
| 17. Mutual Fund, FT Templeton Global Bond Fund. Part VIII | C | Dividend | K | T | Sold (part) | 11/27/18 | J | A | Issuer |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund, Loomis Sayles Inv. Gr. Bond Fund. Part VIII | A | Dividend | K | T | Sold (part) | 11/27/18 | J | | Issuer |
| 19. Mutual Fund, TIAA-CREF, T-C Lifecycle 2015 Fund. Part VIII | A | Dividend | | | Distributed | 02/14/18 | J | A | |
| 20. Mutual Fund, PGIM Short Term Corporate Bond. Part VIII | B | Dividend | K | T | Sold (part) | 11/27/18 | J | | Issuer |
| 21. Mutual Fund, Fidelity Advisor Floating Rate. Part VIII | B | Dividend | K | T | Sold (part) | 11/27/18 | J | | Issuer |
| 22. Mutual Fund, Calamos Gro & Inc. Part VIII | B | Dividend | J | T | Sold (part) | 11/27/18 | J | A | Issuer |
| 23. Family Trust (H) | | | | | | | | | |
| 24. Bank Account, Wells Fargo Bank (trust asset) | | None | J | T | | | | | |
| 25. Vacation timeshares (trust asset) | | None | J | W | | | | | |
| 26. Mutual Fund, JP Morgan Mid Cap Value Fund. Part VIII | A | Dividend | J | T | Sold (part) | 11/27/18 | J | A | Issuer |
| 27. Mutual Fund, AIG Focused Div. Strategy. Part VIII | B | Dividend | K | T | Sold (part) | 11/27/18 | J | A | Issuer |
| 28. Mutual Fund, Amer. Century Short Duration Infl. Prot. Bd. Fd. PartVIII | A | Dividend | J | T | Sold (part) | 11/27/18 | J | | Issuer |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 04/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.

The State Bar of California does not regard prior bar members who are sitting judges to be current members of the bar. Nonetheless, because I will automatically be a member once I leave the bench, I have continued to list this connection. Since my retirement on January 31, 2019, I have been enrolled as an inactive member of the bar.

Part IV.

Nos. 1, 2 were not programs that had the primary purpose of educating judges. They were educational programs for attorneys, accountants, and other professionals working in the bankruptcy/insolvency context. I participated as a speaker.

Part V. These gifts were given as retirement gifts on 01/31/19, my day of separation from service.

Part VII.

Part VII: Nos. 1, 3 through 7. All interest earned was retained in these bank accounts. The gross values reported in Column C(1) includes retained interest.

Part VII: No. 7. This bank account was not inherited but funds that were inherited were deposited into it. The inherited funds were derived from a monthly military pension payment and a Cal-PERS pension payment due and unpaid at the time of my father's death. My brother and I were the designated beneficiaries and we each received one-half the pension payments. The total value of my share of these inherited funds was within Value Code J.

Part VII: No. 2. All dividends for 2018 totaled within Income Gain Code C and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J. The proceeds from the partial sale also were deposited into Item No. 5, the UBS bank account.

Part VII: No. 8. This certificate of deposit was initially purchased on 6/19/07 and has been rolled over with the interest earned thereafter.

Part VII: No. 9. All dividends received for the reporting period totaled within Income Gain Code C and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account.

Part VII: No. 10. All dividends for the reporting period totaled within Income Gain Code A and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The purchase price of the additional purchase was withdrawn from Item No. 5, the UBS bank account. The proceeds from the partial sale also were deposited into Item No. 5, the UBS bank account.

Part VII: Nos. 11-14. No gain code is listed in Column D(4) for the partial sales listed on these lines because the dispositions produced no gains.

Part VII: No. 16. All dividends for the reporting period totaled within Income Gain Code A and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account.

Part VII: No. 17. All dividends for the reporting period totaled within Income Gain Gode C and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale also were deposited into Item No. 5, the UBS bank account.

Part VII: No. 18. All dividends for the reporting period totaled within Income Gain Code A and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account. No gain code is listed in Column D(4) for the partial sale because the disposition produced no gain.

Part VII: No 19. This fund was a retirement account provided by University of Pacific, McGeorge School of Law, where I have taught in prior years but not in 2018. All dividends for the reporting period totaled an amount within Income Gain Code A and were reinvested in this mutual. The total amount reinvested was within Value Code J. This retirement account was distributed to me on 02/14/18 and the funds were deposited into Item No. 5, the UBS bank account.

Part VII: No. 20. On my report for 2017, this mutual fund's name was reported as Prudential Short Term Corporate Fund. In 2018, the fund's name was changed to PGIM Short Term Corporate Fund. All dividends for the reporting period totaled within Income Gain Code B and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account. No gain code is listed in Column D(4) for the partial sale because the disposition produced no gain.

Part VII: No. 21. All dividends for the reporting period totaled within Income Gain Code B and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account. No gain code is listed in Column D(4) for the partial sale because the disposition produced no gain.

Part VII: No 22. All dividends for the reporting period totaled within Income Gain Code B and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account.

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 04/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Nos. 23, 24, 25. This family trust was created by my parents. In 2015, as a result of the death of my last surviving parent, my parents' family residence, four vacation timeshare weeks, and a bank account poured over into the trust. The residence was sold in 2016 and its disposition reported in 2016. The timeshares, No. 25, are unencumbered and are not rented, and the trust's bank account, No. 24, is noninterest bearing. No income is received from the trust. The net value of the trust is estimated to be within Value Code J with my beneficial interest in the trust being 50% of that value.

Part VII: No. 26. All dividends for the reporting period totaled within Income Gain Code A and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account.

Part VII: No. 27. All dividends for the reporting period totaled within Income Gain Code B and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account.

Part VII: No. 28. All dividends for the reporting period totaled within Income Gain Code A and were reinvested in this mutual fund. The total amount reinvested was within Value Code J. The gross value reported in Column C(1) includes the reinvested dividends. The proceeds from the partial sale were deposited into Item No. 5, the UBS bank account. No gain code is listed in Column D(4) for the partial sale because the disposition produced no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael S. McManus**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544